1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

LEO LERMA,                                    )        1:06-CV-00954-OWW-WMW-P
                                              )
7                    Plaintiff,               )        ORDER TO SUBMIT APPLICATION TO
                                              )        PROCEED IN FORMA PAUPERIS
           vs.                                )        **OR** FILING FEE
8                                             )
KERN COUNTY SHERIFFS                          )
9 DEPARTMENT DETENTION                        )
FACILITIES,                                   )
10                                            )
                     Defendant.               )
11 _____             )

12

13          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

§ 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
14
pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY
15
ORDERED that:
16
            1.  The Clerk's Office shall send to plaintiff the form for application to proceed in
17
forma pauperis.
18
            2.  Within thirty days of the date of service of this order, plaintiff shall submit a
19
completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee
20
for this action.   Failure to comply with this order will result in a recommendation that this action
21
be dismissed.
22
IT IS SO ORDERED.
23
**Dated:    August 24, 2006**              _____/s/  **William M. Wunderlich**_____
24 j14hj0                                    UNITED STATES MAGISTRATE JUDGE

25