IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO LERMA,

        Plaintiff,                                CV F 06 0954 OWW WMW  P

   vs.                                      FINDINGS AND RECOMMENDATION
RE MOTION FOR INJUNCTIVE RELIEF
(DOCUMENT  12)

MACK WIMBISH,

        Defendant.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for injunctive relief.

       Plaintiff's motion consists of generalized argument regarding the conditions of his confinement in general.  Plaintiff supports his motion with an affidavit that discusses the conduct of correctional officials as it relates to inmates in general.  Plaintiff fails to specify any conduct by defendant that he seeks to enjoin.  The only named defendant in this action is Sheriff Wimbish.  The only conduct referred to is conduct by correctional officials.  Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On [date], plaintiff filed a motion requesting preliminary injunctive relief against staff at [institution].  Court records indicate that plaintiff is no longer incarcerated at that institution. When an inmate seeks injunctive or declaratory relief concerning the prison where he is

1  incarcerated, his claims for such relief become moot when he is no longer subjected to those
2  conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d
3  1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request[s] should be denied as moot.
4       Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for
5  injunctive relief be denied as moot.
6       These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
8  thirty days after being served with these findings and recommendations, Plaintiff may file
9  written objections with the court.  Such a document should be captioned "Objections to
10 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
11 objections within the specified time may waive the right to appeal the District Court's order.
12 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16 IT IS SO ORDERED.

17 **Dated:   December 19, 2006**             /s/  **William M. Wunderlich**
   mmkd34                                UNITED STATES MAGISTRATE JUDGE