1

2                    IN THE UNITED STATES DISTRICT COURT

3                  FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   LEO LERMA,

8        Plaintiff,                    CV F 06 0954 OWW WMW P

9

10       vs.                           ORDER RE: FINDINGS &
                                        RECOMMENDATIONS (#14)
11

12   KERN COUNTY SHERIFF'S DEPT.,

13       Defendant.

14

15

16         Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

17   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

     Rule 72-302.
18
           On December 20, 2006, findings and recommendations were entered,
19
     recommending denial of Plaintiff's motion for injunctive relief.  Plaintiff was provided an
20
     opportunity to file objections within thirty days.   Plaintiff  filed objections to the findings and
21
     recommendations.
22
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
23
     73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the
24
     entire file, the court finds the findings and recommendations to be supported by the record and
25
     proper analysis.
26

                                          1

1          Accordingly, THE COURT HEREBY ORDERS that:

2          1.  The Findings and Recommendations issued by the Magistrate Judge on

3   December 20, 2006, are adopted in full; and

4          2.  Plaintiff's motion for injunctive relief is denied as moot.

5

6

7

8

9   IT IS SO ORDERED.

10  **Dated:    January 29, 2007**                              **/s/ Oliver W. Wanger**
    emm0d6                                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26